**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** § § § § § § | | **Case 25-50298** |
| **LACRYSTAL YUVETTE HUNT** | | **Chapter 13** |

**WITHDRAWAL OF CLAIM**

**TO:  CLERK OF THE COURT**

The Texas Workforce Commission hereby withdraws its Proof of Claim No. __2__ in the amount of __$ 243.00__, dated __11/04/2025__ which was filed with the court on __11/04/2025__ for Texas Workforce Commission Account Number __XXX-XX-3226__  __CEDRIC L SHED__.

Respectfully submitted this day __November 15, 2025__.

By: /s/ Barbara Wolfshohl
Claims Examiner
Texas Workforce Commission

###