**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE: § Case 25-50298
LACRYSTAL YUVETTE HUNT §
§ Chapter 13

**WITHDRAWAL OF CLAIM**

**TO: CLERK OF THE COURT**

The Texas Workforce Commission hereby withdraws its Proof of Claim No. __7__ in the amount of __$ 424.00__, dated __11/14/2025__ which was filed with the court on __11/14/2025__ for Texas Workforce Commission Account Number __XXX-XX-4842__  __LACRYSTAL YUVETTE HUNT__.

Respectfully submitted this day __November 14, 2025__.

By: /s/ Barbara Wolfshohl
Claims Examiner
Texas Workforce Commission

###